■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LUIGI MADDALONI, Appellant. — Appeal by defendant, as limited by his motion, from a sentence of the Supeme Court, Suffolk County (Jaspan, J.), imposed June 4, 1981. Sentence affirmed. We suggest that the Commissioner of Correctional Services transfer the defendant to a facility closer to his home. Hopkins, J.P., Mangano, Gulotta and Weinstein, JJ., concur.